IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICIA PERKINS and DIANNA ALSTON,** | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) CIVIL ACTION NO. 09-0296-CG-N<br>) |
| **CITY OF CREOLA, et al.,** | )<br>)<br>) |
| Defendants. | ) |

**AMENDED JUDGMENT**

In accordance with the court's order entered this date, granting defendant's motion for summary judgment as to Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine and Twelve, and declining to exercise supplemental jurisdiction over Counts Ten and Eleven it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED.** Counts One through Nine, and Twelve are **DISMISSED WITH PREJUDICE.** Counts Ten and Eleven are **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this 17th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE